ORIGINAL  PROSKO/O

PREET BHARARA
United States Attorney for the
Southern District of New York
By: KATHLEEN A. ZEBROWSKI
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717



MAILED TO COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,   :   WRIT OF GARNISHMENT

       Plaintiff and   :   00 CR 0390-03 (LAP)
       Judgment-Creditor,
          :   Judgment No.: 01,1925
       -v.-
          :

SCOTT SHAY,
          :
       Defendant and
       Judgment-Debtor,   :

       and   :

ADT HOME SECURITY,   :

       Garnishee.   :

------------------------------------x



RECEIVED
SEP 10 2009
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

GREETINGS TO:  ADT Home Security
                 21 Northfield Avenue
                 Edison, NJ 08837-3806

An application for a Writ of Garnishment against the property of defendant Scott Shay, (the "debtor"), whose last known address is 5390 Tessa Tr., Jacksonville, FL 32244 has been filed with this court. On October 10, 2001, a judgment arising out of an order of restitution was entered against the debtor in the amount of $154,253.72. The balance due on the judgment as of August 28, 2009, is $157,305.75.

You are required by law to withhold and retain any property in which the debtor has a substantial nonexempt interest and for which you have or may become indebted to the debtor pending further order of the court. You are required by law to file a written answer, under oath, within ten (10) days of service of this writ stating whether or not you have in your custody, control or possession, any property owned by the debtor, including nonexempt, disposable earnings. Please state whether or not you anticipate making any future payments to the debtor and whether such payments will likely be weekly, bi-weekly or monthly.

You must file the original answer to this writ with the Clerk of the United States District Court, Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007. Additionally, you are required to serve a copy of the answer upon the debtor Scott Shay, at 5390 Tessa Tr., Jacksonville, FL 32244 and upon the United States Attorney, Southern District of New York, Financial Litigation Unit, 86 Chambers Street, New York, New York, 10007.

There may be property which is exempt by law from this writ of garnishment. Property which is exempt and which is not subject to this writ is listed on the annexed Notice from the Clerk of the United States District Court.

Pursuant to 15 U.S.C. § 1674, as Garnishee, you are prohibited from discharging the debtor from employment by reason of the fact that the debtor's earnings have been subject to garnishment.

If you fail to answer this writ or withhold property in accordance therewith, the United States of America may petition the Court for an order directing you to appear before the court to show good cause why you failed to comply with this writ. If you fail to appear or do appear and fail to show good cause why you failed to comply with the writ, the court shall enter a judgment against you for the value of the debtor's nonexempt interest in the property.

It is unlawful to pay or deliver to the debtor any items attached by this writ.

Dated: New York, New York

     September 13, 2009

So Ordered:

*Loretta A. Preska*
UNITED STATES DISTRICT JUDGE